Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JESUS E. RODRIGUEZ SANDOVAL

Leonard Stone
Attorney at Law:  5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail:  JGonzalez@shookandstone.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS E. RODRIGUEZ SANDOVAL ) | Case No.:  2:20-cv-00065-DJA |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE MOTION FOR |
| ) | REMAND/REVERSAL |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | (FIRST REQUEST) |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Jesus E. Rodriguez Sandoval and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate,

-1-

subject to this court's approval, to extend the time by 29 days from April 16, 2020 to May 15, 2020 for Plaintiff to file a Motion for remand/reversal, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel. Counsel's co-worker attorney who shares responsibilities in this case has fallen ill this past week after being exposed to someone with COVID-19. Due to the suddenness of the illness, Counsel requires additional time to fully research the issues presented.  This request is made in good faith.

DATE: April 17, 2020    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff
Mr. Jesus E. Rodriguez Sandoval


DATE:  April 17, 2020    NICHOLAS A. TRUTANICH
United States Attorney


/s/ *Allison J. Cheung*

BY: _____
Allison J. Cheung
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

**IT IS SO ORDERED.**

DATED: April 22, 2020

_____
UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE**

**FOR CASE NUMBER  2:20-CV-00065-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 17, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff