Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law:  5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail:  JGonzalez@shookandstone.com

Attorneys for Plaintiff  JESUS E. RODRIGUEZ SANDOVAL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS E. RODRIGUEZ SANDOVAL | Case No.: 2:20-cv-00065-DJA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (SECOND REQUEST) |
| Defendant. | |

Plaintiff Jesus E. Rodriguez Sandoval and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 21 days from  May 15, 2020 to June 9, 2020, for Plaintiff to file a Motion for remand/reversal, with all other

dates in the Court's scheduling order extended accordingly. This is Plaintiff's second request for an extension. Counsel's co-worker attorney who shares responsibilities in this case has an immediate family member who requires full time care due to an emergency surgery this past week. Due to Counsel's heavy briefing/hearing calendar, to accommodate Counsel's coworker family emergency, Counsel needs additional time. This request is made in good faith.

DATE: May 14, 2020　　　　Respectfully submitted,

　　　　　　　　　　　　　　LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　/s/ *Cyrus Safa*

　　　　　　　　　　BY: _____
　　　　　　　　　　　　Cyrus Safa
　　　　　　　　　　　　Attorney for plaintiff
　　　　　　　　　　　　Mr. Jesus E. Rodriguez Sandoval


DATE:  May 14, 2020　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ *Allison J. Cheung*

　　　　　　　　　　BY: _____
　　　　　　　　　　　　Allison J. Cheung
　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　Attorneys for defendant Andrew Saul
　　　　　　　　　　　　Commissioner of Social Security
　　　　　　　　　　　　|*authorized by e-mail|


DATED:  May 18, 2020

IT IS SO ORDERED:

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　DANIEL J. ALBREGTS

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:20-CV-00065-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 14, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____
Cyrus Safa
Attorneys for Plaintiff