AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jesus E. Rodriguez Sandoval,

            Plaintiff,

    v.

Andrew Saul,

            Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:20-cv-00065-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's attorney, Cyrus Safa, is awarded attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $24,452.00.

IT IS FURTHER ORDERED that attorney Cyrus Safa shall reimburse Plaintiff the amount of $4,452.00 for EAJA fees previously paid by the Commissioner.

10/22/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk